UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

PEDRO DEAZA,
                Defendant.

**ORDER**

15 Cr. 233 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The bail hearing currently scheduled for May 2, 2022 will instead take place on **May 3, 2022 at 12:45 p.m.** The hearing will take place in Courtroom 318 of the Thurgood Marshall United States Courthouse.

Dated: New York, New York
       April 28, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge