UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

PEDRO DEAZA,

Defendant.

**ORDER**

15 Cr. 233 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      For the reasons stated at today's hearing, the Magistrate Judge's April 27, 2022 ruling granting bail is reversed. Defendant Pedro Deaza will be detained pending a determination concerning his alleged violations of supervised release. The next conference in this matter will take place on **Tuesday, June 7, 2022 at 10:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. The Clerk of Court is directed to terminate the motion at Docket Number 299.

Dated: New York, New York
       May 3, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge